FOR PUBLICATION
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

FILED

AUG 10 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| **ERIC OWEN MANN**, | No. 09-99017 |
| Petitioner - Appellant, | D.C. No. 4:03-CV-00213-CKJ |
| v. | |
| **CHARLES L. RYAN**, | ORDER |
| Respondent - Appellee. | |

**THOMAS**, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3. The three-judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.

Judges Murguia and Hurwitz did not participate in the deliberations or vote in this case.